IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WANDA LEE, individually and as ADMINISTRATOR OF THE ESTATE OF JAMES LEE, <br><br> Plaintiff, <br><br> v. <br><br> APOGEE MEDICAL MANAGEMENT, INC., <br><br> Defendant. | * <br> * <br> * Case No. 7:22-cv-32(HL) <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 9, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 9th day of August, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk